Mr. President, does the Court Stephen Sagan v. Robert G. Myers co-counsel, representing the President, who is present at this proceedings, declare as the order of the District Courts in the reverse, as in the order required, granting that decision to Mr. Hussein, the record does not support the District Court's finding that the remainder of all the actions included was the finding of the moral character of the three direct superiors. Mr. Barrett, does the Court have sufficient evidence in the law to make this decision in favor of the moral character of the three direct superiors? Well, there are specific requirements that have to be satisfied to make that find. The statute lists several what we call enumerated per se matters where there is no question that you were selected for the moral character. Then there is what we call the tax law, where I enumerate it, which says, of the reasons, the representations, which lies in your discussion, saying that the reasons must be on lawful factors, and all other parties, as in the Court, agree with the only parties' decision on the factors. The minus side of the decision, because there are no additional court cases which tell us that a lawful fact requires not a clueless conviction, but that the actions being made to you could be strong enough to hold you accountable for the lawful fact, which is why the case here is not a reason to try to intervene in your own discussion. So, I'm going to go through this one more time, and then I'll go on to my next one. Mr. Barrett, do you understand that your Court found that the continuity of your clients in marriage to the mother of the child is something which, of course, is not material to a custody battle? Well, in return to the mother, he told the Court of Appeals that he wasn't married to the person. Well, if that be material to that, he told the Court that, too, but that doesn't make it a lawful act. I mean, again, in the Court's case, which was, as I said, it's something like that, it was done to avoid such embarrassment that the law was set to be lawful. And, in this case, the appellant said, I can see the declaration, but the act was rescinded. And, as you might have that he was only calling for a page, which is in this case where the signature is to page 7 of the material which you are indicating, where the value to which the document is spent, to the use of that, to make any kind of credibility finding without looking at the document and being able to determine whether or not the word page or information sets, it can be evaluated. And, at this point, where it's argued, he wasn't client, but even if he accepted the fact that it was unlawful, that he did say in the case that Barrett was married to the president of California, what do you make of this determination? What the president had to do is try and make the applicants in turn decide to rely upon it as a decision that hadn't been made. So, the applicants have to be able to draw some information from the document and consider the words that they were looking for in those documents. And, if somebody doesn't pay attention, well, there's not a great justification. And, you know, I've had a number of trials in federal court. I think some of them are just as simple as this. Again, it's a traditional thing that right before the matter is submitted, the parties in the court go over the documents that were admitted into evidence and that were admitted for identification and move those documents into evidence in the party who submitted something for identification. Okay. Any other research that has had to do with operating documents? I know that some of the professor patients in the case were going to try to keep cases in the state. There's a number of institutions that seem to have not introduced this fact to us. I'm not going to say that the city court considered the document to be introduced in that case, which is the standard way. I think it's a good reason to look at it. I think it's a tradition that we have here to look at the information that has been submitted to the court. I think it's important that we consider it. So, I'm going to go over here. Well, two things. First, reading the information in the document is not as easy as looking at it. Are you reading it? Is that possible? Why? And then keeping in mind that the reasonable evaluation is whether or not the physical appearance of the document supports the claim that it was signed as part of the contract case. There's no text reading. It doesn't say that anybody made that argument. You're making that out of the physical appearance of the document. It does not support the argument in court. It's been introduced in the documents. What's your argument in the court? The argument that was in court in the case was made in the court. The court chose not to accept that argument. It's important to know that, you know, the findings of the, you know, the credit review The court said that it did not accept it. It's also the last thing that has to do with the document being prepared to be submitted. However, it doesn't have to be prepared to be submitted. Well, we believe that one thing we need to see for all these papers is that we require an examination of the document, which we believe it didn't have. Well, it's not an evidence. It's separate from data. We're not contesting what the document contained. It's not being contested. It was just received as a signature. It wasn't existing as part of a note. It was appropriate to make that kind of finding at the time for it to be submitted. However, we believe that, gosh, we need to see, you know, the document anyway because the real issue is whether or not it was an unlawful act, whether it was an act that could have caused any way for that. And we believe that the statutes that penalize all statutes require that they be in control and that they be material. Nothing keeps material. What we say is that this is just a political argument. I don't understand this. It wasn't material. And I know that the institution that you're in really didn't talk about materiality. I don't know why you think it was not material. I mean, you said it was 50 cents. How much did you just pay for it? And you said it was 50 cents. How much did you just pay for it? So, that's very important. So, how much did it cost you? Well, we don't know. That's not the case with us. The only thing we know is that you actually put it into these statutes that have to be buried in the law. That's what it is. What? I'm just wondering if you could talk a little bit more. You said that the federal policy investigation, if any of the mother and children were buried, and also if he's not buried, any mother or the children, and your situation with that, since he's willing to ask for the amount of money to be buried. That's correct. Okay, totally. That's actually interesting. That's a perfect question. Obviously, in the law, it seems to me that some states require us to offer buried children, and I don't know if this is the case in the United States, but maybe in China, I don't know if that's the case in the United States, but, of course, right now, just a lot of people are buried in the mother and children. I don't agree with that. It's interesting. I think it's one of the only reasons. I don't think it's the only reason. I think it may have been a reasonable decision to get the entire place, but I don't believe that in 21st century California, materiality, I think the definition of materialism is not so advanced as our speculations here in Russia. I don't know. I'm sorry. I don't believe that in 21st century California, materiality has the means, materialism employing itself. And, that we be known for a lot of war crimes, and there's a lot of it, to saying that we merit any cost of battle, that's not so up in the air. Mr. Seitz, the question by the court was, did he refer to the war in the United States by two reasons. One, because of the interpersonal social shame, and, two, he had had some sort of ceremony on that appeal, but, I don't think it's a matter of concern. I certainly support his conviction, and he was concerned about this. The U.S. Supreme Court, who had carried out the appeal recently, because, in the police case, it stated that, if your misrepresentation to the voice is so bad, then you must be competent, and, if you're so bad, then you are accountable. And, so, yes,     .
judges: Tashima, W. Fletcher, Bastian